IN THE DISTRICT COURT OF THE UNITED STATES FOR THE 

 MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION 

FRANK EDWIN PATE, ) 
 ) 
Petitioner, ) 
 ) CIVIL ACTION NO. 
v. ) 2:19cv580-MHT 
 ) (WO) 
UNITED STATES OF AMERICA, ) 
 ) 
Respondent. ) 

 ORDER 
 This cause is now before the court on the 
petitioner's notice of appeal (doc. no. 17), which the 
court is treating as a motion to proceed on appeal in 
forma pauperis. 
 28 U.S.C. § 1915(a)(3) provides that "[a]n appeal 
may not be taken in forma pauperis if the trial court 
certifies in writing that it is not taken in good 
faith." In making this determination as to good faith, 
a court must use an objective standard, such as whether 
the appeal is "frivolous," Coppedge v. United States, 
369 U.S. 438, 445 (1962), or "has no substantive 
merit." United States v. Bottoson, 644 F.2d 1174, 1176 
(5th Cir. Unit B May 15, 1981) (per curiam); see also 
Rudolph v. Allen, 666 F.2d 519, 520 (11th Cir. 1982) 

(per curiam); Morris v. Ross, 663 F.2d 1032 (11th Cir. 
1981). Applying this standard, and having reviewed the 
reasons set forth in the notice of appeal, this court 
is of the opinion that the petitioner's appeal is 

without a legal or factual basis and, accordingly, is 
frivolous and not taken in good faith. See, e.g., 
Rudolph v. Allen, supra; Brown v. Pena, 441 F. Supp. 
1382 (S.D. Fla. 1977), aff'd without opinion, 589 F.2d 

1113 (5th Cir. 1979). 
 *** 
 Accordingly, it is ORDERED that the petitioner's 

motion to proceed on appeal in forma pauperis is 
denied; and that the appeal in this cause is certified, 
pursuant to 28 U.S.C. § 1915(a)(3), as not taken in 
good faith. 

 DONE, this the 18th day of December, 2019. 
 /s/ Myron H. Thompson 
 UNITED STATES DISTRICT JUDGE